450 A.2d 1034

Commonwealth, Appellant v. Duden.

Argued June 2, 1981. Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellant; Vincent Ziccardi, for appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Horace A. Davenport is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.